**DELAWARE RIVER FERRY CO. OF NEW JERSEY, Appellant, v. Musa KROMO, Appellee.**

**No. 5715.**

Circuit Court of Appeals, Third Circuit.

March 25, 1935.

Wm. Clarke Mason and Henry R. Heebner, both of Philadelphia, Pa., for appellant.

Harry Shapiro, of Philadelphia, Pa., and Max Steuer, of New York City, for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

By agreement of counsel on both sides, the judgment below is reversed and a new trial awarded; mandate to issue forthwith.